**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHELSEA TAMIKKA MAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-342** |
| **BLUE SKY HOSPITALITY SOLUTIONS, L.L.C., ET AL.** | **SECTION "H" (5)** |

**ORDER**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation (rec. doc. 61), and the failure of Plaintiff to file any objections to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Defendants Scott Campbell and Rabia Mehboob be **DISMISSED WITHOUT PREJUDICE** for failure to effect service on Defendants and failure to prosecute under Federal Rule of Civil Procedure 4(m).

New Orleans, Louisiana, this 28th day of August, 2026.

**UNITED STATES DISTRICT JUDGE**